IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORENZO ROOSEVELT MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01577-RBP-HGD |
| ) | |
| A. GUZMAN, M.D., *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 15, 2008, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that it be granted and this cause dismissed with prejudice. The plaintiff filed objections on September 8, 2008. (Doc. #59). The focus of the plaintiff's objections is on the magistrate judge's rejection as hearsay of a statement made by the plaintiff in his written response to the defendants' special report. In his affidavit, the plaintiff states that a physician's assistant warned him of possible permanent nerve damage as a result of the delay in performing surgery. (Doc. #35, page 7, ¶ 14). The magistrate judge correctly ruled that this is inadmissable hearsay if offered for the purpose of proving the defendants' deliberate indifference or malpractice. (Doc. #58, page 12, note 9). The plaintiff argues alternatively that the statements made by Dr. Torabi and Dr. White in the medical records he submitted into the record are not hearsay and should have been considered as evidence of the defendants' malpractice. The plaintiff's objection is without merit on two fronts. Not only is it clear that the magistrate judge considered those records in preparing his report and recommendation, but

a review of those records reveals that nothing therein creates a genuine issue of material fact with respect to the plaintiff's claims of alleged deliberate indifference or medical malpractice.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE.**  A Final Judgment will be entered.

**DONE** this the 15th day of September, 2008.

_____
 **ROBERT B. PROPST**
 **SENIOR UNITED STATES DISTRICT JUDGE**